IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Chirag & Ekta Patel, § § *Plaintiff(s)*, § § V. § § American Zurich Insurance Company and § Karen Rockwell, § § *Defendant(s)* | CIVIL ACTION NO. 4:23-cv-03041 (JURY) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff certifies to the following regarding all entities who are financially interested in the outcome of this litigation:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None other than American Zurich Insurance Company.

**A complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Plaintiffs, Chirag & Ektal Patel (Citizens of Texas);

2. Counsel for Plaintiff, Chad T. Wilson;

3. Defendant, American Zurich Insurance Company;

4. Counsel for Defendant American Zurich Insurance Company, Jennifer G. Martin

The undersigned hereby certify the information contained in the foregoing disclosure of interested parties is true and correct.

Respectfully submitted,

1

2

By: */s/ Patrick C. McGinnis*

Chad T. Wilson
Bar No. 24079587
Patrick C. McGinnis
Bar No. 13631900
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 6, 2023, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

Jennifer G.Martin
Attorney-In-Charge
Texas State Bar No. 00794233
SD Texas No. 2786457
Jennifer.martin@wilsonelser.com
901 Main Street, Suite 4800
Dallas, Texas 75202
Telephone: 214-698-8000
Facsimile: 214-698-111

ATTORNEYS FOR DEFENDANT
ZURICH AMERICAN INSURANCE COMPANY

/s/ *Patrick C. McGinnis*